UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 22-01073-lmj13 |
| MICHAEL J. HANSEN, | |
| JESSICA L. HANSEN, | TRUSTEE'S MOTION |
| | TO DISMISS |
| Debtors. | |

COMES NOW the Chapter 13 trustee and states to the Court:

1. Trustee has requested debtors' 2022 State and Federal tax refunds in the amount of **$4,350.00**. To date, the trustee has not received the requested tax refunds.

2. Debtor is current in plan payments through April 2023. Another two monthly plan payments in the total amount of $594.00 for the months of May and June will be due by the hearing date on this Motion.

WHEREFORE, the Chapter 13 trustee recommends that, pursuant to 11 U.S.C. Section 1307(c), the case be dismissed.

DATED: June 9, 2023

/s/ Carol F. Dunbar
Carol F. Dunbar, AT0002211
Chapter 13 Trustee
2616 Orchard Dr., Ste B
Cedar Falls, IA  50613
Telephone: (319) 260-2282

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**110 E. Court Avenue, Ste. 300**
**Des Moines, Iowa  50309-2044**
www.iasb.uscourts.gov

In the Matter of

Case No. 22-01073-lmj13

MICHAEL J. HANSEN,
JESSICA L. HANSEN,
       Debtor(s)

**NOTICE AND ORDER REGARDING HEARING**
**(Courtroom—No Testimony)**

**YOU ARE HEREBY NOTIFIED** that the Court will conduct a hearing on 07/19/2023 at 1:30 p.m. on the following matter(s):

Trustee's Motion to Dismiss

Hearing location:  Courtroom 2, 4th Floor, U.S. Courthouse Annex, 110 East Court Avenue, Des Moines, Iowa

**IT IS HEREBY ORDERED** that:

(1)  The parties shall be prepared to proceed on the date and time indicated above.  (Attorneys shall advise their clients when client attendance is not required.)  Attire and demeanor must be appropriate to the seriousness of the occasion.  Only attorneys and their employees may carry cell phones and other portable communication devices into the courthouse location(s) identified above, and devices that cause audible sound must be turned off when a party is in the courtroom.  When Court is in session, all discussions before and after the hearing shall take place outside the courtroom.

(2)  The parties shall promptly advise the assigned judge's calendar/courtroom deputy of any settlement, scheduling conflict or change in attorney handling the hearing.

(3)  An attorney seeking a continuance must file a motion to continue hearing that indicates good cause for the continuance and that contains a professional or verified statement that one's client and all opposing parties have been contacted and that those entities either consent to or resist the motion.  (Orders granting motions are the exception, not the rule.)

(4)  If no bar date notice preceded the matter(s) noticed for hearing above, a party against whom relief is sought shall file an objection, if any, at least one full calendar week before the hearing date.  If this Order and Notice was docketed and served on an expedited basis, then any objection must be filed at least one full working day before the hearing.

(5) If the parties intend to rely upon exhibits at the time of the hearing, at least one full calendar week before the hearing date they must (a) exchange marked exhibits, (b) submit those exhibits (one set of copies) directly to the assigned judge's chambers and (c) file only their respective list of exhibits with the Clerk of Court.  If this Order and Notice was docketed and served on an expedited basis, the exchange, submission and filing must be done at least one full working day before the hearing.  Each party shall retain the originals of the exhibits until offered at the time of the hearing.  Debtor(s) in chapter cases and plaintiff(s) in adversary proceedings shall use consecutive numbers; creditor(s) in chapter cases and defendant(s) in adversary proceedings shall use consecutive letters.  When a matter entails multiple creditors or multiple plaintiffs or defendants, self-explanatory acronyms should be used in addition to the numbers or letters.  If an exhibit consists of more than one page, the party offering the exhibit shall number the pages at the bottom of each page.

(6)  The time allotted for the hearing is 10 minutes.

(7)  If they have not already done so, the parties shall file hearing briefs by N/A

                                                           Judge Lee M. Jackwig
                                                           United States Bankruptcy Judge

Calendar/Courtroom Deputy: Traci Sharp, 515-284-7394, tls@iasb.uscourts.gov

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing TRUSTEE'S MOTION TO DISMISS was served upon the following parties at the addresses indicated:

| | | |
|---|---|---|
| United States Trustee<br>210 Walnut Street, Room 793<br>Des Moines, IA  50309 | Samuel Z. Marks<br>Attorney at Law<br>4225 University Avenue<br>Des Moines, IA  50311 | Michael and Jessica Hansen<br>1200 Arthur Avenue<br>Des Moines, IA  50316 |

by electronic mail through the Court's CM/ECF system, or by enclosing the same in an envelope addressed to each such person with postage fully paid, and by depositing said envelope in the United States Postal Service depository.  I declare under penalty of perjury that the foregoing is true and correct.

    DATED: June 9, 2023

                                        /s/ Michelle Weber